B 5 (Official Form 5) (12/07)

| UNITED STATES BANKRUPTCY COURT<br>District of Maine | INVOLUNTARY PETITION |
|---|---|
| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br><br>RED SHIELD ACQUISITION LLC | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.)<br><br>OLD TOWN FUEL & FIBER |
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (If more than one, state all.):<br>26-3564974 | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>24 Portland Street<br>Old Town, Maine<br><br>COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>PENOBSCOT COUNTY<br>ZIP CODE<br>04468 | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br>24 Portland Street<br>P.O. Box 564<br>Old Town, Maine<br><br><br>ZIP CODE<br>04468 |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses) | |
| CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED<br><br>☑ Chapter 7    ☐ Chapter 11 | |

**INFORMATION REGARDING DEBTOR (Check applicable boxes)**

| Nature of Debts<br>(Check **one** box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>☑ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>☐ Individual (Includes Joint Debtor)<br>☑ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br>_____ | Nature of Business<br>(Check **one** box.)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☑ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| ALLEGATIONS<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1. ☑ Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).<br>2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>or<br>  b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

B 5 (Official Form 5) (12/07) – Page 2  **Name of Debtor** RED SHIELD ACQUISITION LLC

**Case No.** _____

| | |
|---|---|
| **TRANSFER OF CLAIM** ||
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). ||
| **REQUEST FOR RELIEF** ||
| Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached. ||
| Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief. ||
| x See Annex A<br>Signature of Petitioner or Representative (State title)<br>TRICO MECHANICAL CONTRACTORS, INC.<br>Name of Petitioner        Date Signed<br>Name & Mailing Address of Individual Signing in Representative Capacity | x /s/ Michael A. Fagone    10/10/2014<br>Signature of Attorney    Date<br>Michael A. Fagone, Esq.  Bernstein, Shur, Sawyer & Nelson, P.A.<br>Name of Attorney Firm (If any)<br>100 Middle Street, P.O. Box 9729, Portland, Maine 04104<br>Address<br>(207) 774-1200<br>Telephone No. |
| x See Annex A<br>Signature of Petitioner or Representative (State title)<br>PORTAGE WOOD PRODUCTS, LLC<br>Name of Petitioner        Date Signed<br>Name & Mailing Address of Individual Signing in Representative Capacity | x /s/ Michael F. Hahn    10/10/2014<br>Signature of Attorney    Date<br>Michael F. Hahn, Esq.    Eaton Peabody, P.A.<br>Name of Attorney Firm (If any)<br>One Portland Square, P.O. Box 15235, Portland, Maine 04112<br>Address<br>(207) 430-8895<br>Telephone No. |
| x See Annex A<br>Signature of Petitioner or Representative (State title)<br>MAINE WOODS COMPANY LLC<br>Name of Petitioner        Date Signed<br>Name & Mailing Address of Individual Signing in Representative Capacity | x /s/ Michael F. Hahn    10/10/2014<br>Signature of Attorney    Date<br>Michael F. Hahn, Esq.    Eaton Peabody, P.A.<br>Name of Attorney Firm (If any)<br>One Portland Square, P.O. Box 15235, Portland, Maine 04112<br>Address<br>(207) 430-8895<br>Telephone No. |

| **PETITIONING CREDITORS** | | |
|---|---|---|
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| TRICO MECHANICAL CONTRACTORS, INC. (See Annex A) | See Annex A | See Annex A |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| PORTAGE WOOD PRODUCTS, LLC (See Annex A) | See Annex A | See Annex A |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| MAINE WOODS COMPANY LLC (See Annex A) | See Annex A | See Annex A |
| Note:  If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>See Annex A |

___11___ continuation sheets attached

Name of Debtor  Red Shield Acquisition LLC
Case No. _____

**Additional Petitioning Creditors**

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

| Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief. | |
|---|---|
| x  See Annex A | x  /s/ Michael A. Fagone                    10/10/2014 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                              Date |
| CCB, INC. | Michael A. Fagone, Esq.  Bernstein, Shur, Sawyer & Nelson, P.A. |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If Any) |
| | 100 Middle Street, P.O. Box 9729, Portland, Maine 04101 |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| | (207) 774-1200 |
| | Telephone No. |

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| CCB, INC. (See Annex A) | See Annex A | See Annex A |

## Annex A to Involuntary Chapter 7 Petition

**Name of Debtor:**

    Red Shield Acquisition LLC

**Name of Petitioner:**

    CCB, Inc.
    65 Bradley Drive
    Westbrook, Maine 04092

    Petitioner declares under penalty of perjury that the information set forth in the involuntary petition is true and correct according to the best of its knowledge, information, and belief.

    As of October 10, 2014, Petitioner holds claims against the Debtor in excess of $73,580.24 in principal amount and accrued interest on account of the Debtor's breach of contract for failure to pay amounts due and owing under a certain contract for materials and labor provided to it by the Petitioner.

Dated: October 10, 2014

CCB, INC.

Name: Beth Sturtevant
Title: President

<u>Annex A to Involuntary Chapter 7 Petition</u>

<u>Name of Debtor</u>:

    Red Shield Acquisition LLC

<u>Name of Petitioner</u>:

    Maine Woods Company LLC
    92 Fish Lake Road
    P.O. Box 111
    Portage, Maine 04768

    Petitioner declares under penalty of perjury that the information set forth in the involuntary petition is true and correct according to the best of its knowledge, information, and belief.

    As of October 10, 2014, Petitioner holds claims against the Debtor in excess of $24,426.90 in principal amount and accrued interest on account of the Debtor's breach of contract for failure to pay amounts due and owing under a certain contract for chips delivered to it by the Petitioner between February 20, 2014 and March 21, 2014.

                                MAINE WOODS COMPANY LLC

Dated: October 10, 2014

                                Name: John McNulty
                                Title: Manager and Chairman of the Management Committee

<u>Annex A to Involuntary Chapter 7 Petition</u>

<u>Name of Debtor</u>:

   Red Shield Acquisition LLC

<u>Name of Petitioner</u>:

   Portage Wood Products, LLC
   112 Broadway
   P.O. Box 1168
   Bangor, Maine 04401

   Petitioner declares under penalty of perjury that the information set forth in the involuntary petition is true and correct according to the best of its knowledge, information, and belief.

   As of October 10, 2014, Petitioner holds claims against the Debtor in excess of $634,344.71 in principal amount and accrued interest on account of the Debtor's breach of contract for failure to pay amounts due and owing under a certain contract for chips delivered to it by the Petitioner between February 10, 2014 and March 11, 2014.

Dated: October 10, 2014

                                      PORTAGE WOOD PRODUCTS, LLC

                                      Name: John McNulty
                                      Title:  Manager

Annex A to Involuntary Chapter 7 Petition

Name of Debtor:

Red Shield Acquisition LLC

Name of Petitioner:

Trico Mechanical Contractors, Inc.
2800 West Navy Boulevard
Pensacola, Florida 32505

Petitioner declares under penalty of perjury that the information set forth in the involuntary petition is true and correct according to the best of its knowledge, information, and belief.

As of October 10, 2014, Petitioner holds claims against the Debtor in excess of $293.050.00 in principal amount and accrued interest on account of the Debtor's breach of contract for failure to pay amounts due and owing under a certain contract for maintenance and repair services provided to it by the Petitioner.

Dated: October 10, 2014

TRICO MECHANICAL CONTRACTORS, INC.

Name: Robert A. Skoczenski
Title:  Treasurer and Secretary

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MAINE

In re:

RED SHIELD ACQUISITION LLC,

    Alleged Debtor.

Bk. No. 14-_____

Chapter 7

## CORPORATE OWNERSHIP STATEMENT OF CCB, INC. PURSUANT TO RULE 7007.1 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Pursuant to Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, CCB, Inc. respectfully represents as follows:

CCB, Inc. is privately owned by three individuals, with no corporate ownership of this petitioning creditor.

The undersigned is the representative of the petitioning creditor, CCB, Inc.

I declare under the penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Dated: October 10, 2014
       Westbrook, Maine

CCB, INC.

_____
Name: Beth Sturtevant
Title:　President

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MAINE

In re:

RED SHIELD ACQUISITION LLC,

    Alleged Debtor.

Bk. No. 14-_____

Chapter 7

## CORPORATE OWNERSHIP STATEMENT OF MAINE WOODS COMPANY LLC PURSUANT TO RULE 7007.1 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Pursuant to Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, Maine Woods Company LLC respectfully represents as follows:

The following entities directly or indirectly own 10% or more of any class of any of Maine Woods Company LLC's equity interests: Maine Woods Holding LLC.

The undersigned is the representative of the petitioning creditor, Maine Woods Company LLC.

I declare under the penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Dated: October 10, 2014
       Portage, Maine

MAINE WOODS COMPANY LLC

_____
Name: John McNulty
Title: Manager and Chairman of the Management Committee

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

In re:

RED SHIELD ACQUISITION LLC,

    Alleged Debtor.

Bk. No. 14-_____

Chapter 7

**CORPORATE OWNERSHIP STATEMENT OF PORTAGE WOOD PRODUCTS, LLC
PURSUANT TO RULE 7007.1 OF THE FEDERAL
RULES OF BANKRUPTCY PROCEDURE**

Pursuant to Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, Portage Wood Products, LLC respectfully represents as follows:

The following entities directly or indirectly own 10% or more of any class of any of Portage Wood Products, LLC's equity interests: Seven Islands Land Company.

The undersigned is the representative of the petitioning creditor, Portage Wood Products, LLC.

I declare under the penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Dated: October 10, 2014
       Bangor, Maine

PORTAGE WOOD PRODUCTS, LLC

_/s/ John W. McNulty_
Name: John McNulty
Title: Manager

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE**

In re:

RED SHIELD ACQUISITION LLC,

      Alleged Debtor.

Bk. No. 14-_____

Chapter 7

**CORPORATE OWNERSHIP STATEMENT OF TRICO MECHANICAL
CONTRACTORS, INC. PURSUANT TO RULE 7007.1 OF THE
<u>FEDERAL RULES OF BANKRUPTCY PROCEDURE</u>**

Pursuant to Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, Trico Mechanical Contractors, Inc. respectfully represents as follows:

Trico Mechanical Contractors, Inc. is privately owned by one individual, with no corporate ownership of this petitioning creditor.

The undersigned is the representative of the petitioning creditor, Trico Mechanical Contractors, Inc.

I declare under the penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Dated: October 10, 2014
       Pensacola, Florida

TRICO MECHANICAL
CONTRACTORS, INC.

_____
By: Robert A. Skoczenski
Title: Treasurer and Secretary

Annex A to Involuntary Chapter 7 Petition

As set forth in this Annex A, the petition against the Debtor has been filed by the following creditor Petitioners: Trico Mechanical Contractors, Inc.; Portage Wood Products, LLC; Maine Woods Company LLC; and CCB, Inc.  The aggregate claims of the Petitioners equal $1,025,401.85, and such claims are not contingent as to liability or the subject of a bona fide dispute as to liability or amount.

To the extent that the Petitioners' claims are determined to be fully secured, each Petitioner waives its security interest with respect to $3,850.00 of its claim.  The aggregate amount so waived is equal to $15,400.00.  Thus, the Petitioners' noncontingent, undisputed claims aggregate at least $15,325 more than the value of any lien on property of the Debtor securing such claims held by the Petitioners, in accordance with 11 U.S.C. § 303(b).

Annex A to Involuntary Chapter 7 Petition

Pursuant to Rule 1010-1(a) of the District of Maine Local Bankruptcy Rules, the petitioning creditors designate Richard D. Arnold, as President and Chief Executive Officer of Red Shield Acquisition LLC, as an authorized agent.